# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **USA** § | |
| § | |
| vs. § | **NO: EP:25-CR-02229(1)-DCG** |
| § | |
| **(1) Lucia Chavajai-Pichilla** § | |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING, *IN PERSON,*** in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on: **December 17, 2025 at 1:40 PM**.

**Counsel for the defendant should prepare his or her client, who is on pre-trial release, for the possibility of an immediate surrender into the custody of the United States Marshal, at the time of the entry of a finding of guilt on any case described in 18 U.S.C. § 3142 (f)(1)(A), (B), or (C), as required by 18 U.S.C. § 3143(a)(2).**

IT IS FURTHER ORDERED that the Clerk shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on pre-trial release, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance.

IT FURTHER ORDERED that if there is any need for an interpreter, other than a Spanish language interpreter for the defendant or a witness for the defendant, should be communicated to the Courtroom Deputy, no later than five (5) business days prior to the court setting wherein the interpreter will be required.

IT IS SO ORDERED this 25th day of November, 2025.

_____
DAVID C GUADERRAMA
HON. SENIOR UNITED STATES DISTRICT JUDGE